UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

BOSTON DIVISION

FILED
IN CLERKS OFFICE

2025 OCT 31 PM 5: 29

U.S. DISTRICT COURT
DISTRICT OF MASS.

Nicole Anne Victoria Dillon,

 Plaintiff,

v.

Marlborough Fire Department and EMT personnel; City of Marlborough, Massachusetts;

Mayor Christian Dumais; Fire Chief Kevin Breen; Building Commissioner Tin Htway;

Fairfield Suburban Development REIT LLC; WinnCompanies, Inc.,

Defendants.

Civil Action No.:_____

TITLE:

 Life-Threatening Hazard Emergency Complaint and Motion for Immediate Protective

Intervention

Filed by: Nicole Anne Victoria Dillon, Pro Se

Date: October 31, 2025

# I. Introduction / Summary

Plaintiff Nicole Anne Victoria Dillon brings this urgent complaint to obtain **immediate protective intervention** due to ongoing life-threatening hazards at the property located at **135–175 Ames Street, Marlborough, MA**. The hazards include asphyxiating exposure from a malfunctioning **self-generating nitrogen fire suppression safety system (NFSS)**, contaminated wastewater containing sulfide-eating bacteria in alumina suspension reacting with AFFF sealants to produce **hydrogen sulfide ($H_2S$)**, exposure to carbon monoxide accumulation, and RF/EMF interference affecting building systems.

Plaintiff has been **living in extreme danger** since leaving the premises due to these conditions. Immediate relief is requested for herself and **all similarly situated residents**, to halt ongoing threats, prevent further exposure, and secure emergency housing, transportation, and resources.

# II. Parties and Jurisdiction

**Plaintiff:** Nicole Anne Victoria Dillon (Pro Se)

**Defendants (Direct & Urgent):**

- **Marlborough Fire Department and all EMT personnel** – tasked with emergency response; responsible for and tasked with *PROTECTING residents and children* under oath.

- **Fire Chief Kevin Breen** – supervision and knowledge of hazards, including NFSS and chemical exposures.

- **City of Marlborough and Mayor Christian Dumais** – municipal oversight, code enforcement, and regulatory authority.

- **Building Commissioner Tin Htway** – responsible for building inspections, permits, and safety compliance.

- **Fairfield Suburban Development REIT LLC** – property owner, financial beneficiary of unsafe conditions.

- **WinnCompanies** – property manager and maintenance oversight.

Plaintiff: Nicole Anne Victoria Dillon / Case No._____          Page 4 of 25

*Jurisdiction*: This Court has federal question and civil rights jurisdiction under 28 U.S.C. § 1331, 42 U.S.C. §§ 1983, 1985, 1986, and related environmental and safety statutes. Venue is proper under 28 U.S.C. § 1391 because the property is located in this District.

---

## III. Counts and Violations

### Count 1 – Slander Per Se / Retaliation

**Defendants:** City of Marlborough, Fire Chief Breen, Building Commissioner Htway, Fairfield Suburban, WinnCompanies

**Narrative:** Plaintiff has been subjected to false accusations and reputational attacks designed to silence her complaints about **life-threatening hazards**.

**Legal Basis:**

- Defamation per se (common law, MA)

- Civil rights retaliation, 42 U.S.C. § 1983

- ADA retaliation provisions

---

## Count 2 – Life-Threatening Chemical & Environmental Exposure

**Defendants:** Marlborough FD/EMT, Fairfield Suburban, WinnCompanies, Building
Commissioner Htway

**Narrative:**

- NFSS: Self-generating, manually activated **nitrogen fire suppression system** corroded
  by water intrusion at sprinkler heads, creating **asphyxiation hazards**.

- Contaminated wastewater: Sulfide-eating bacteria in alumina suspension interacting with
  AFFF sealant produces $H_2S$.

- Accumulating CO from malfunctioning appliances and poor ventilation.

- Hazardous liquid pipeline below property and leachate hotspots onsite, including
  infiltration pond.

  **Legal Basis:**

- **Nicole's Law (M.G.L. c. 148, §§ 26F–26H)** – CO detector violations

- OSHA regulations for indoor air quality

- MA Safe Drinking Water Act, 310 CMR 22

- Clean Water Act, 33 U.S.C. §§ 1251–1387

- Federal hazardous liquid pipeline safety, 49 U.S.C. § 60101 et seq.

- CERCLA / Superfund, 42 U.S.C. § 9601 et seq.

---

## Count 3 – Civil Rights / Due Process Violations

**Defendants:** City of Marlborough, Fire Chief Breen, Building Commissioner Htway

**Narrative:** Failure to enforce safety codes, ignoring repeated complaints, and permitting **unsafe residential occupancy in a commercial-standard building**. 35 residents evicted in 2023, 4 in 2022, 5 in 2021 without proper relocation or protections.

**Legal Basis:**

- 42 U.S.C. §§ 1983, 1985, 1986

- MA Civil Rights Act, M.G.L. c. 12, §§ 11H–11I

---

## Count 4 – Emergency Public Safety Violations

**Defendants:** Marlborough FD/EMT, Fire Chief Breen, City of Marlborough

**Narrative:** Failure to properly respond to chemical, nitrogen, and CO hazards; ongoing unsafe conditions threaten all residents. Immediate injunction required to prevent loss of life.

**Legal Basis:**

- MA Fire Code, 527 CMR

- 29 C.F.R. §§ 1910.134 (respiratory hazards)

- Federal and state environmental reporting requirements (EPA, MassDEP, CISA)

---

## Count 5 – Environmental & Hazardous Building Violations

**Defendants:** Fairfield Suburban, WinnCompanies, Building Commissioner Htway

**Narrative:**

- NFSS, corroded pipes, cross-wiring, malfunctioning HVAC, contaminated water and soil

- Hazardous liquid pipeline, active leachate, Superfund proximity

- RF/EMF interference from grid building affecting alarms, elevators, and safety systems

**Legal Basis:**

- Clean Water Act, 33 U.S.C. §§ 1251–1387

- CERCLA / Superfund, 42 U.S.C. § 9601 et seq.

- OSHA workplace safety regs

- MA Building Code violations

Plaintiff: Nicole Anne Victoria Dillon / Case No._____          Page 9 of 25

## Count 6 – Emergency Injunctive Relief / Protective Order

**Defendants:** All direct defendants above

**Request:**

- Immediate evacuation and sealing of 135–175 Ames St.

- Federal supervision of investigations into all chemical, environmental, and NFSS hazards

- Protective measures for all residents, including housing/vehicle/funds for Plaintiff and similarly situated residents

- NDAs and coercion rendered invalid

- Restriction from any contact by municipal or corporate agents (fire, EMT, police)

# IV. Affidavit

I, Nicole Anne Victoria Dillon, declare under penalty of perjury:

I have personally experienced **life-threatening nitrogen and CO exposure** at 175 Ames Street, forcing me to crawl along floors gasping for air. Clogged ventilation, chemical-laden wastewater, and faulty fire suppression systems have produced uncontrollable neurological and respiratory reactions. I am currently living in a vehicle to avoid further exposure and harassment. I request immediate protective relief, emergency housing, and relocation assistance. I further request that all investigations into me or my family be taken over by federal oversight.

I, **Nicole Anne Victoria Dillon**, being duly sworn, state as follows:

1. **Personal Information**

   I am the Plaintiff in the above-captioned matter. I am an adult, unmarried, and the sole responsible party for myself. I am competent to make this Affidavit and to represent my interests pro se. Any decisions, actions, or statements made in this case are made expressly by me.

2. **Purpose of Affidavit**

   This Affidavit is submitted in support of my Life-Threatening Hazard Emergency Complaint (Wave 1), seeking immediate injunctive relief, protective orders, emergency relocation, and assistance with a travel vehicle due to unsafe living conditions, chemical and environmental exposures, and targeted harassment.

1. **Background and Observations**

   o I have personally observed hazardous environmental and structural conditions at the Ames Street property, including exposure to **nitrogen, carbon monoxide, hydrogen sulfide, corrosive water, sulfide-oxidizing bacteria, and alumina residues**.

   o Building systems are compromised: fire suppression, HVAC, plumbing, and electrical systems have been improperly maintained, resulting in asphyxiation risks and toxic gas accumulation.

   o Residents, including myself, have been subjected to cycles of **positive and negative pressure**, driving harmful gases deeper into living areas and causing chronic fatigue, dizziness, and neurological stress.

   o Oversight by municipal, state, and federal agencies has been inconsistent, fragmented, and inadequate, leaving residents vulnerable to systemic harm.

2. **Harassment and Retaliation**

   o I have been subjected to **slander per se, harassment, and retaliatory actions** due to reporting unsafe conditions.

   o Individuals have approached me at my vehicle and elsewhere, creating a persistent threat to my personal safety.

   o These coordinated actions constitute a deprivation of civil rights and interference with my ability to secure safe housing, maintain a vehicle for mobility, and live without fear of false allegations or institutionalization.

3. **Intellectual Property / Privacy Protection**

    ○ I am the owner of certain images, videos, creative works, and potential recordings that may have been captured or disseminated illegally while on the property.

    ○ I request injunctive protection for these materials, including potential royalties if illegal dissemination is confirmed, without asserting unverified allegations.

**Statement of Impact and Ongoing Harm**

1. **Health Consequences**

    ○ Chronic exposure to nitrogen, carbon monoxide, hydrogen sulfide, and contaminated water has caused ongoing **respiratory, neurological, vestibular, and gastrointestinal symptoms**.

    ○ Pressure disturbances within sealed residential units exacerbate gas exposure and increase risk of **asphyxiation, dizziness, fatigue, and neurological damage**.

2. **Psychological and Emotional Harm**

    ○ Continuous harassment, slander per se, and threats have created severe **anxiety, stress, and fear for personal safety**.

    ○ Ongoing exposure to unsafe housing conditions has impeded my ability to maintain stable employment, shelter, and daily living routines.

3. **Environmental and Structural Hazards**

   ○ Contaminated wastewater, leaking hazardous liquid pipelines, corrosive soils, and malfunctioning fire suppression systems contribute to ongoing **acute and chronic health risks**.

   ○ Structural instability and compromised safety systems leave residents exposed to **life-threatening emergencies**.

4. **Impact on Mobility and Independence**

   ○ I am requesting immediate provision of a **travel vehicle**, fuel, maintenance assistance, and secure mobility options to escape ongoing hazards and relocate safely.

5. **Protection of Others**

   ○ Certain individuals, including one adult family member and select residents, are to be **protected anonymously** under this Affidavit and accompanying Protective Order, safeguarding them from false allegations, institutionalization, blackmail, or retaliatory actions.

6. **Ongoing Threats**

- ○ Exposure to systemic municipal and property failures, compounded by targeted harassment, continues to pose a **present, severe, and imminent threat** to my health, safety, and well-being.

- ○ Plaintiff expresses grave concern that certain individuals or networks with aligned interests have exercised *improper influence or coercive pressure* over local officials, responders, and administrative processes, creating an atmosphere of intimidation and silence.

7. To safeguard the integrity of these proceedings and ensure impartial review, Plaintiff respectfully requests that any investigative or judicial handling of this matter be assigned to independent personnel or an external division of the Court, free from local or affiliated influence. The requested protective measures are essential to prevent suppression of evidence, retaliation against witnesses, or obstruction of relief.

---

**I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

Executed on this *31st day of October, 2025.*

_____

**Nicole Anne Victoria Dillon, Plaintiff**

# V. Protective Order (Requested)

- Restrict **Marlborough FD/EMT, Fire Chief Breen, municipal agents, and any agents thereof including across state lines** from contact

- Immediate federal oversight of all investigations involving Plaintiff

- Emergency relocation, transportation, fuel, food, and vehicle provision for survival

- Protect "all similarly situated residents"

- Invalidate any NDAs or coercive agreements that attempt to silence or control Plaintiff, including defendants.

---

# VI. Prayers for Relief

Plaintiff respectfully requests that this Court:

1. Issue **emergency protective orders** against all named defendants

2. **Evacuate and seal** the property at 135–175 Ames St., Marlborough, MA, provide protection of the residents safety and building integrity while being evaluated

3. Provide **emergency housing and a self-sustainable vehicle**, including funds for fuel, upkeep, food, and safety supplies

4. Protect Plaintiff and all similarly situated residents from retaliation, harassment, false accusations, or institutionalization

5. Order federal oversight of all investigations into Plaintiff and her family

6. Grant preliminary and permanent injunctive relief, including stopping further exposure and enforcement of building, fire, and environmental safety laws

7. Grant attorney fees, costs, and other relief as allowed, though Plaintiff proceeds pro se

8. Immediate Compensation to Plaintiff of $28.01 for gas money.

# VII. Exhibits (Sealed / Enclosed)

Plaintiff: Nicole Anne Victoria Dillon / Case No._____          Page 17 of 25

1. Extended defendant list with addresses and roles

2. USB with comprehensive investigative study (*inVisible Meets Vigilant*)

3. Two dramatized descriptive videos of the property and conditions (Sealed, for Judge only and others up to discretion)

4. Medical documentation (Sealed, for Judge only)

# Proposed Emergency Protective Order / TRO Draft

**Court:** United States District Court – Massachusetts

 **Case:** Nicole Anne Victoria Dillon v. Marlborough FD and EMT, Fire Chief Kevin Breen, City of Marlborough, Mayor Christian Dumais, Building Commissioner Tin Htway, Fairfield Suburban Development REIT LLC, WinnCompanies

**Plaintiff:** Nicole Anne Victoria Dillon (Pro Se)

---

# I. Purpose

To prevent imminent **life-threatening harm** from hazardous environmental exposures, asphyxiating nitrogen fire suppression systems, chemical contamination, and unsafe building conditions at **135–175 Ames Street, Marlborough, MA**, while protecting the Plaintiff and all similarly situated residents.

---

# II. Emergency Findings

1. Plaintiff has been subjected to **acute and chronic chemical, CO, and H₂S exposures** causing neurological, respiratory, and systemic effects.

2. Fire suppression, HVAC, plumbing, and electrical systems are **corroded, malfunctioning, and unsafe**, and pose **immediate danger of injury or death**.

3. Marlborough FD/EMT, Fire Chief Kevin Breen, and municipal officials have **failed to respond appropriately**, resulting in ongoing risk.

4. Hazardous liquid pipeline, Superfund site proximity, and contaminated wastewater pose **environmental and public health threats**.

5. Plaintiff is **homeless and living in a vehicle** to avoid exposure and harassment.

6. NDAs and coercive agreements render residents **unable to speak** about ongoing dangers; these shall be **invalidated for protective purposes**.

---

# III. Protective Measures Ordered

1. **Immediate Evacuation & Sealing**

   o  135–175 Ames St., Marlborough, MA, must be evacuated and secured pending inspection.

2. **Defendant Restrictions**

   o  Marlborough FD/EMT personnel, Fire Chief Breen, and City of Marlborough agents shall have **no direct contact** with Plaintiff.

   o  All municipal, corporate, or contractor agents associated with the property shall **cease harassment, intimidation, or coercion**.

3. **Emergency Housing & Vehicle Assistance**

   o  Plaintiff shall receive **emergency housing** or a **self-sustainable vehicle**, with funds for **fuel, food, and upkeep**.

   o  Similarly situated residents may be included in federal protective oversight.

4. **Federal Oversight & Investigation**

- All investigations involving Plaintiff, her family, or property conditions shall be **taken over by federal authorities**.

- Records previously inaccessible or mismanaged shall be reviewed under federal supervision.

5. **Invalidation of NDAs / Coercive Agreements**

- Any nondisclosure, blackmail, or coercive agreements that interfere with Plaintiff's safety or reporting are **rendered invalid** for protective purposes.

---

## IV. Duration of Order

- This Emergency Protective Order is **effective immediately** and shall remain in force

  **until further court review**, or a preliminary injunction is issued.

_____

# V. Exhibits / Supporting Documentation

# Exhibit A

Executive Summary: InVisible Meets Vigilance

# Exhibit B

SEALED:

1. Extended Defendant List (with roles and addresses)

2. Comprehensive Study: InVisible Meets Vigilant

3. Two dramatized descriptive videos documenting hazardous conditions and photos

_____

# VI. Service

- Marlborough FD / Fire Chief Breen: Direct service at City Hall / Fire Department

- All other defendants: Service via federal marshals

_____

# VII. Legal Basis / Authority

- Federal civil rights, 42 U.S.C. §§ 1983, 1985, 1986

- Clean Water Act, 33 U.S.C. §§ 1251–1387

- CERCLA / Superfund, 42 U.S.C. § 9601 et seq.

- MA Building Code / Fire Code, 527 CMR

- Nicole's Law (M.G.L. c. 148, §§ 26F–26H)

- OSHA / workplace safety regs

**CERTIFICATE OF SERVICE**

I hereby certify that, to the best of my ability and in compliance with applicable rules, a copy of the foregoing **"Life-Threatening Hazard Emergency Complaint and Motion for Immediate**

Plaintiff: Nicole Anne Victoria Dillon / Case No._____          Page 24 of 25

**Protective Intervention"** and accompanying exhibits (Affidavit, Protective Order, Exhibit A, Extended Defendant List, and supporting media) **has been submitted to the Clerk of the United States District Court for filing under seal.**

I further request the Court to authorize service on the direct defendants:

- **City of Marlborough, Massachusetts**

- **Marlborough Fire Department and EMT personnel**

- **Fairfield Suburban Development REIT LLC**

- **WinnCompanies**

Pursuant to the Court's instructions, all other parties may be served by **U.S. Marshal or alternate methods directed by the Court.**

Respectfully submitted,

*Nicole Anne Victoria Dillon*

/s/ Nicole Anne Victoria Dillon

Plaintiff / Pro Se

*This 31st day of October, 2025*