Affadavit of Nicole Anne Victoria Dillon

FILED
IN CLERK'S OFFICE
2025 OCT 31 PM 5:26
U.S. DISTRICT COURT

I Nicole Anne Victoria Dillon, being duly sworn, state as follows:

1. I am the plaintiff in this action.

2. I previously lived at 175 Ames St, Marlborough MA, where serious chemical & environmental hazards exist, including gas, nitrogen, hazardous liquid pipeline + contaminated water exposure.

3. After reporting these dangers I was subject to retaliation, slander per se and intimidation by city officials & property managers

4. I have since been forced to stay in my vehicle for safety and fear further retaliation or false accusations if my location is known.

5. I am filing this motion for TRO to seek immediate protection and prevent irreparable harm to my safety + health.

I swear under penalty of perjury that the foregoing is true + correct to the best of my knowledge

31 Oct 2025   Nicole Anne Victoria Dillon, pro se plaintiff
Nicole Anne Victoria Dillon