# InVisible Meets Visible: Awake.

## Executive Summary.

Nicole Anne Victoria Dillon 10/31/2025



**135-175 Ames Street, Marlborough, MA**—a Chapter 40B affordable housing development intended to provide safe, stable homes—reveals a starkly different reality: residents face a **convergence of chemical, structural, and operational hazards** amplified by regulatory fragmentation. Chronic exposure to **nitrogen, carbon monoxide, and hydrogen sulfide**, combined with water contamination, sulfide-oxidizing bacteria, and alumina residues, creates immediate health threats and long-term neurological, respiratory, and vestibular damage.

**Pressure Disturbance Hazards** make the apartments themselves a **mechanism of harm**. Cycles of positive and negative pressure drive toxic gases deeper into residents' lungs, compromise HVAC and fire suppression systems, and amplify risks of asphyxiation, dizziness, and chronic fatigue. Structural instability from **pyrrhotite-laden cement and corrosive soils**, alongside leachate infiltration, accelerates system failures and exposes residents to unpredictable hazards.

**RF/EMF interference from smart-grid infrastructure and nearby industrial sources** adds another layer of danger, undermining nitrogen fire suppression, elevators, and critical safety systems. Fire safety mechanisms, already compromised by corrosion and improper maintenance, leave residents vulnerable to accidental nitrogen discharge and systemic operational failures.

Oversight is **diffused, fragmented, and inconsistent**. Municipal, state, and federal agencies—including building commissioners, fire departments, MassHousing, MassDEP, EPA, and PHMSA—struggle with overlapping jurisdiction and unclear responsibilities. AI-integrated monitoring of smart buildings offers potential safety improvements but introduces additional risk if systems malfunction.

Adjacent environmental hazards, including proximity to a **DuPont Superfund site**, industrial runoff, new gas mains, and ongoing commercial construction, compound the building's vulnerabilities. Residents, particularly low-income families, seniors, and children, face **systemic, multi-layered threats** that demand urgent, coordinated remediation.

This investigation underscores that **Chapter 40B participants are exposed to persistent, quantifiable risks** arising from environmental contamination, infrastructure degradation, operational failures, and regulatory ambiguity. Immediate, accountable governance and **transparent, proactive safety measures** are essential to protect residents' health, preserve public trust, and enforce the intended mission of affordable housing programs.





USMS
Screened

ACTIVE SEEPING LEACHATE HOTSPOT BH 135





Wednesday • Jul 3, 2024 • 1:24 AM
IMG_9390

White liquid poured in water main uphill from property.

Pool water is checked off as "PRIVATE" water; prob private rest of prop or regulated units (please state: they are not responsible for water or sewer).



AMES ST (SPECTRUM) ← REILLY WAY
NICKERSON RD
↑ SPILL
(DUPONT)

Reilly Way, between Ames and Nickerson across from entrance to Talia/Halstead.



Hot water tank corrosion on floor from the water.

ZOMBIE AIR FILTER
BUILDING 175



First floor Zombie air filter

Friday · Jul 7, 2023 · 2:40 PM          Adjust
IMG_0963



Guest bathroom fan.

Wednesday · Aug 9, 2023 · 2:29 PM          Adjust
 IMG_1737



Wednesday · Aug 9, 2023 · 2:29 PM





White liquid spilling out of random dumpster towards the Millham Brook.



Wednesday · Sep 13, 2023 · 11:11 AM









extensive water & structural damage. There had been a single mom & babies living there.

Saturation + stagnant floodground playground. Leaving behind white film in the grass.





Self generating manually activated & damage from burnots at sprinkler heads + wall where it is along. burst nitrogen generator

🔒 researchgate.net

Table 2 - uploaded by Denny ZH Levett
Content may be subject to copyright.

Download     View publication     ⌄

| Nitrogen partial pressure (bar) | Symptoms and signs |
|---|---|
| 2–4 | Mild impairment of performance of unpractised tasks<br>Mild euphoria |
| 4 | Impaired reasoning and immediate memory<br>Delayed response to visual and auditory stimuli<br>Increased reaction time |
| 4–6 | Overconfidence and fixed thinking<br>Calculation errors |
| 6 | Impaired judgement<br>Hallucinations |
| 6–8 | Laughter approaching hysteria<br>Talkative, occasional dizziness |
| 8 | Severely impaired intellectual performance<br>Mental confusion, impaired concentration |
| 10 | Stupefaction |

