UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| NICOLE ANNE VICTORIA DILLON, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action 25-cv-13237-IT |
| | * | |
| MARLBOROUGH FIRE DEPARTMENT AND EMT PERSONNEL, et al., | * | |
| | * | |
| | * | |
| Defendants. | * | |

ORDER OF DISMISSAL

TALWANI, D.J.

Pursuant to the court's Order [Doc. No. 7], dismissing this action for the reasons stated therein, this case is hereby CLOSED.

IT IS SO ORDERED.

/s/ Indira Talwani
United States District Judge

Dated: March 18, 2026